```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:96-cr-005040 LJO |
| Plaintiff, | STIPULATION AND ORDER RE: INITIAL APPEARANCE |
| v. | |
| SERGIO HECTOR AGUILAR, | |
| Defendant. | |

Defendant SERGIO HECTOR AGUILAR, by and through his attorney, GARY HUSS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the initial appearance for the above-named defendant in connection with the petition for violation of supervised release filed herein in this matter shall be held before U.S. Magistrate Judge Barbara A. McAuliffe on February 8, 2012, at 1:30.

Dated: January 27, 2012        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar

| | |
|---|---|
| | KAREN A. ESCOBAR<br>Assistant U.S. Attorney |
| Dated: January 27, 2012 | /s/ Gary Huss<br>GARY HUSS<br>Attorney for Defendant<br>SERGIO HECTOR AGUILAR |

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the initial appearance for the above-named defendant in connection with the petition for violation of supervised release filed herein in this matter shall be held before U.S. Magistrate Judge Barbara A. McAuliffe on February 8, 2012, at 1:30.

IT IS SO ORDERED.

**Dated: January 27, 2012**     /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE