# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SERGIO HECTOR AGUILAR**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:96CR005040 LJO**<br><br>Gary Huss<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charges <u>1 through 6</u> as alleged in the violation petition filed on <u>01/24/2012</u>.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on <u>05/29/2007</u>.

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] APPEAL RIGHTS WAIVED.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

 

July 8, 2013
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

July 15, 2013
Date

CASE NUMBER: 1:96CR005040 LJO  Judgment - Page 2 of 3
DEFENDANT: SERGIO HECTOR AGUILAR

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | NEW LAW VIOLATION | 03/01/2011 TO 05/25/2011 |
| Charge 2 | NEW LAW VIOLATION | 04/28/2011 |
| Charge 3 | NEW LAW VIOLATION | 04/28/2011 |
| Charge 4 | NEW LAW VIOLATION | 05/25/2011 |
| Charge 5 | NEW LAW VIOLATION | 05/25/2011 |
| Charge 6 | FAILURE TO NOTIFY PROBATION OFFICER OF NEW ARREST WITHIN 72 HOURS | 12/14/2011 |

AO 245B-CAED (Rev. 09/2011) Sheet 2 - Imprisonment

CASE NUMBER: 1:96CR005040 LJO
DEFENDANT: SERGIO HECTOR AGUILAR

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 Months on each of Charges 1,2,3,4,5,6 to be served CONCURRENTLY for a total term of 60 months. The 60 months shall be served concurrently with 1:11CR00434 LJO.

[ ]  No TSR: Defendant shall cooperate in the collection of DNA.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility (Victorville, CA or Lompoc, CA), but only insofar as this accords with security classification and space availability.  The defendant shall participate in the 500 hour drug treatment program.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before _ on ___.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Officer.
 If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal